AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

MERLE JANES, et. al.,

          Plaintiffs,

            v.

PETER J. HARRIS, individually, and as agent for the
WASHINGTON DEPARTMENT OF HEALTH, et. al.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-200-EFS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Defendants pursuant to the Order Entering Rulings From May 8, 2009 Hearing entered on June 1, 2009, Ct. Rec. 126.

June 1, 2009
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas